UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JOHN MARKS, *individually and on behalf of* :
*all others similarly situated*, :
 :
                               Plaintiff, :        No. 20-CV-3033 (RA)
 :
                -v- :        <u>ORDER</u>
 :
NEON THERAPEUTICS, INC., CARY :
PFEFFER, ROBERT BAZEMORE, ROBERT :
KAMEN, ERIC LANDER, HUGH O'DOWD, :
STEPHEN SHERWIN, ROBERT TEPPER, :
and MERYL ZAUSNER, :
 :
                            Defendants. :
 :
-----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

      On May 29, 2020, the Court ordered Plaintiff to promptly file a copy of its PSLRA notice on the docket. Plaintiff has not done so. Plaintiff shall do so no later than June 19, 2020, or this action may be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

      No later than June 19, 2020 Plaintiff shall serve a copy of this Order and the Court's May 29, 2020 Order on each of the Defendants, and file proof of such service on the docket.

SO ORDERED.

Dated:      June 15, 2020
              New York, New York

                                                                           Ronnie Abrams
                                                                            United States District Judge